**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHERI PUGLIESI | Chapter 13 |
| Debtor | Bankruptcy No. 23-10464-PMM |

**ORDER**

AND NOW, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
**Honorable Patricia M. Mayer**
**BANKRUPTCY JUDGE**