# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>  Sheri Pugliesi,<br><br>           Debtor. | Case No. 23-10464-pmm<br><br>Chapter 13 |

## Withdrawal of Appearance

To the Clerk of Court:

Please withdraw my appearance as counsel for the Debtor in this matter.

Date: December 6, 2023

JENSEN BAGNATO, P.C.
*Outgoing Counsel for Debtor*

By: /s/ Erik B. Jensen
  Erik B. Jensen
  1500 Walnut Street, Suite 1510
  Philadelphia, PA 19102
  215-546-4700
  erik@jensenbagnatolaw.com

## Entry of Appearance

To the Clerk of Court:

Please enter my appearance as counsel for the Debtor in this matter.

Date: December 6, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
  Michael A. Cibik (#23110)
  1500 Walnut Street, Suite 900
  Philadelphia, PA 19102
  215-735-1060
  mail@cibiklaw.com