**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Sheri Pugliesi,** | : | Chapter 13 |
| | : | |
| **Debtor.** | : | Bky. No. 23-10464 PMM |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on December 12, 2023,

It is hereby **ORDERED** that confirmation of Debtor's First Amended Chapter 13 Plan is **DENIED**.

Date: December 12, 2023

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**