# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>   Sheri Pugliesi,<br><br>             Debtor. | Case No. 23-10464-pmm<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Deutsche Bank (CM/ECF)

WSFS (CM/ECF)

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595


Date: December 12, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com