# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10464-pmm |
| Sheri Pugliesi, | Chapter 13 |
| Debtor. | |

**Praecipe to Relist**

To the Clerk of Court:

    Please relist the above-captioned case for a hearing on confirmation of the debtor's plan on January 23, 2024, at 1:00 p.m. before the Honorable Patricia M. Mayer.

Date: December 12, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com