United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10464-pmm |
| Sheri Pugliesi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sheri Pugliesi, 4741 Tampa Street, Philadelphia, PA 19120-4621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, matthew.fissel@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 12, 2023 | Form ID: pdf900 | Total Noticed: 1 |

MICHAEL A. CIBIK
    on behalf of Debtor Sheri Pugliesi mail@cibiklaw.com
    cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL JOHN CLARK
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
    mclark@squirelaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Sheri Pugliesi, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 23-10464 PMM |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on December 12, 2023,

It is hereby **ORDERED** that confirmation of Debtor's First Amended Chapter 13 Plan is **DENIED**.

Date: December 12, 2023

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**