United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10464-pmm |
| Sheri Pugliesi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 13, 2023 | Form ID: 152 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Pugliesi, 4741 Tampa Street, Philadelphia, PA 19120-4621 |
| 14761375 | | PHH Mortgage Corporation, 1661 Worthingham Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 14760223 | | RAC Trust, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775227 | + | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee for PNPMS Tr, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |
| 14775452 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14758587 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:32 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14759005 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 14 2023 00:05:41 | Ally Financial Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775451 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2023 00:05:41 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757800 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2023 23:56:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14779864 | | Email/Text: megan.harper@phila.gov | Dec 13 2023 23:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14757806 | | Email/Text: cfcbackoffice@contfinco.com | Dec 13 2023 23:56:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14757807 | | Email/Text: cfcbackoffice@contfinco.com | Dec 13 2023 23:56:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14757801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2023 00:05:41 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766143 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 14 2023 00:05:40 | Capital One N.A., 4515 N Santa Fe Ave, |

Case 23-10464-pmm    Doc 44    Filed 12/15/23    Entered 12/16/23 00:32:20    Desc Imaged
Certificate of Notice    Page 2 of 5

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 13, 2023 | | Form ID: 152 | Total Noticed: 58 |

| | | | |
|---|---|---|---|
| | | | Oklahoma City, OK 73118-7901 |
| 14766404 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | Dec 14 2023 00:05:48 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14757803 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Dec 14 2023 00:05:47 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14757804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Dec 13 2023 23:56:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14757805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | Dec 13 2023 23:56:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14757808 | + | Email/Text: bankruptcy@cbtno.com | |
| | | Dec 13 2023 23:56:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14761374 | + | Email/Text: EBN@brockandscott.com | |
| | | Dec 13 2023 23:56:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14761630 | + | Email/Text: EBN@brockandscott.com | |
| | | Dec 13 2023 23:56:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14757811 | | Email/Text: BNBLAZE@capitalsvcs.com | |
| | | Dec 13 2023 23:56:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14757809 | + | Email/Text: bnc-bluestem@quantum3group.com | |
| | | Dec 13 2023 23:56:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14757810 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | |
| | | Dec 14 2023 00:05:46 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14757812 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | |
| | | Dec 13 2023 23:56:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14757813 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Dec 13 2023 23:56:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14762838 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Dec 13 2023 23:56:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 14763262 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Dec 14 2023 00:05:41 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757815 | + | Email/Text: EBNBKNOT@ford.com | |
| | | Dec 13 2023 23:56:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 14762484 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Dec 14 2023 00:05:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14762856 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Dec 13 2023 23:56:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14757816 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Dec 14 2023 00:05:33 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14764894 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Dec 13 2023 23:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14757817 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Dec 13 2023 23:56:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14757820 | + | Email/Text: EDI@CACIONLINE.NET | |
| | | Dec 13 2023 23:56:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14757821 | + | Email/Text: bankruptcy@ncaks.com | |
| | | Dec 13 2023 23:56:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14777627 | + | Email/Text: bankruptcy@ncaks.com | |
| | | Dec 13 2023 23:56:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |

Case 23-10464-pmm    Doc 44    Filed 12/15/23    Entered 12/16/23 00:32:20    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: 152 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 14759163 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 23:56:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14757823 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | PHH Mortgage, Attn: Bankruptcy, Po Box 5452, Mount Laurel,, NJ 08054-5452 |
| 14771134 | | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14771199 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2023 23:56:00 | PHH Mortgage Services, P.O. Box 24781, Attn: SV 19, West Palm Beach, FL 33416-4781 |
| 14762590 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 13 2023 23:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud MN 56302-7999 |
| 14772507 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 23:56:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14772274 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 23:56:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14757825 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2023 00:05:34 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14757828 | | Email/Text: bankruptcy@springoakscapital.com | Dec 13 2023 23:56:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14757827 | + | Email/Text: bankruptcy@sccompanies.com | Dec 13 2023 23:56:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14762855 | + | Email/Text: bankruptcy@sccompanies.com | Dec 13 2023 23:56:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14774273 | | Email/Text: bankruptcy@springoakscapital.com | Dec 13 2023 23:56:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14762857 | + | Email/Text: bankruptcy@sccompanies.com | Dec 13 2023 23:56:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14757830 | + | Email/Text: bncmail@w-legal.com | Dec 13 2023 23:56:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14757831 | + | Email/Text: famc-bk@1stassociates.com | Dec 13 2023 23:56:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14757832 | ^ | MEBN | Dec 13 2023 23:54:39 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 14757833 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2023 00:05:33 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14757834 | + | Email/Text: Bankruptcy@wsfsbank.com | Dec 13 2023 23:56:00 | Wilmington Savings Fund, 500 Delaware Avenue, Wilmington, DE 19801-1490 |
| 14777555 | ^ | MEBN | Dec 13 2023 23:54:49 | Wilmington Savings Fund Society, FSB, d/b/a Chris, c/o Statebridge Company, LLC, 6061 S. Willow Drive, Greenwood Village CO 80111-5140 |

TOTAL: 53

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761377 | | *CID1046699* *DID200399*, BarNumber:84439 |

Case 23-10464-pmm   Doc 44   Filed 12/15/23   Entered 12/16/23 00:32:20   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: 152 | Total Noticed: 58 |

| | | |
|---|---|---|
| 14761376 | | 23-03857 BKPOC01 |
| 14757802 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14757814 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14757818 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14757819 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14757822 | *+ | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14757824 | *+ | PHH Mortgage, Attn: Bankruptcy, Po Box 5452, Mount Laurel,, NJ 08054-5452 |
| 14761631 | * | PHH Mortgage Corporation, 1661 Worthingham Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 14757826 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14757829 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MARIO J. HANYON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sheri Pugliesi mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL JOHN CLARK | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Sheri Pugliesi
    Debtor(s)

Case No: 23−10464−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 1/23/24 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

42 − 40
Form 152