United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10464-pmm |
| Sheri Pugliesi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 24, 2024 | Form ID: 155 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheri Pugliesi, 4741 Tampa Street, Philadelphia, PA 19120-4621 |
| 14761375 | | PHH Mortgage Corporation, 1661 Worthingham Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 14760223 | | RAC Trust, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775227 | + | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee for PNPMS Tr, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |
| 14775452 | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14758587 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:16:36 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14759005 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 25 2024 08:16:58 | Ally Financial Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775451 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 08:16:26 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757800 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 25 2024 08:10:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14779864 | | Email/Text: megan.harper@phila.gov | Jan 25 2024 08:10:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14757806 | | Email/Text: cfcbackoffice@contfinco.com | Jan 25 2024 08:10:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 14757807 | | Email/Text: cfcbackoffice@contfinco.com | Jan 25 2024 08:10:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14757801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:27:33 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766143 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 25 2024 08:16:55 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14766404 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:39 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14757803 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 25 2024 08:16:40 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14757804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-10464-pmm    Doc 49    Filed 01/26/24    Entered 01/27/24 00:33:08    Desc Imaged
                               Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 155 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 25 2024 08:10:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14757805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 25 2024 08:10:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14757808 | + | Email/Text: bankruptcy@cbtno.com | Jan 25 2024 08:11:00 | Crescent Bank & Trust, Inc., Attn: Bankruptcy, Po Box 61813, New Orleans, LA 70161-1813 |
| 14761374 | + | Email/Text: EBN@brockandscott.com | Jan 25 2024 08:10:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14761630 | + | Email/Text: EBN@brockandscott.com | Jan 25 2024 08:10:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee f, c/o Brock and Scott, PLLC, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14757811 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 25 2024 08:10:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 14757809 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 25 2024 08:11:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14757810 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 25 2024 08:27:48 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14757812 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 25 2024 08:10:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14757813 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 25 2024 08:11:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14762838 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2024 08:10:00 | Jefferson Capital Systems, LLC, PO BOX 772813, Chicago IL 60677-2813 |
| 14763262 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 08:16:57 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14757815 | + | Email/Text: EBNBKNOT@ford.com | Jan 25 2024 08:11:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 14762484 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 25 2024 08:16:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14762856 | + | Email/Text: bankruptcy@sccompanies.com | Jan 25 2024 08:10:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14757816 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 25 2024 08:16:24 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14764894 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 08:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14757817 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 08:10:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14757820 | + | Email/Text: EDI@CACIONLINE.NET | Jan 25 2024 08:10:00 | Midwest Recovery Systems, Attn: Bankruptcy, Po Box 899, Florissant, MO 63032-0899 |
| 14757821 | + | Email/Text: bankruptcy@ncaks.com | Jan 25 2024 08:10:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14777627 | + | Email/Text: bankruptcy@ncaks.com | Jan 25 2024 08:10:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 14759163 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 08:10:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14757823 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 25 2024 08:10:00 | PHH Mortgage, Attn: Bankruptcy, Po Box 5452, Mount Laurel,, NJ 08054-5452 |
| 14771134 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 25 2024 08:10:00 | PHH Mortgage Corporation, Attn: Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14771199 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 25 2024 08:10:00 | PHH Mortgage Services, P.O. Box 24781, Attn: SV 19, West Palm Beach, FL 33416-4781 |
| 14762590 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 25 2024 08:10:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud MN 56302-7999 |
| 14772507 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14772274 | | Email/Text: bnc-quantum@quantum3group.com | Jan 25 2024 08:10:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14757825 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 08:16:38 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14757828 | | Email/Text: bankruptcy@springoakscapital.com | Jan 25 2024 08:10:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14757827 | + | Email/Text: bankruptcy@sccompanies.com | Jan 25 2024 08:11:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14762855 | + | Email/Text: bankruptcy@sccompanies.com | Jan 25 2024 08:11:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14774273 | | Email/Text: bankruptcy@springoakscapital.com | Jan 25 2024 08:10:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 14762857 | + | Email/Text: bankruptcy@sccompanies.com | Jan 25 2024 08:10:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14757830 | + | Email/Text: bncmail@w-legal.com | Jan 25 2024 08:10:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14757831 | + | Email/Text: famc-bk@1stassociates.com | Jan 25 2024 08:10:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 14757832 | ^ | MEBN | Jan 25 2024 08:02:03 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719-9146 |
| 14757833 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 25 2024 08:16:26 | Walmart Credit Services/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14757834 | + | Email/Text: Bankruptcy@wsfsbank.com | Jan 25 2024 08:11:00 | Wilmington Savings Fund, 500 Delaware Avenue, Wilmington, DE 19801-1490 |
| 14777555 | ^ | MEBN | Jan 25 2024 08:02:15 | Wilmington Savings Fund Society, FSB, d/b/a Chris, c/o Statebridge Company, LLC, 6061 S. Willow Drive, Greenwood Village CO 80111-5140 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761377 | | *CID1046699* *DID200399*, BarNumber:84439 |
| 14761376 | | 23-03857 BKPOC01 |
| 14757802 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14757814 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14757818 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14757819 | *+ | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14757822 | *+ | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 14757824 | *+ | PHH Mortgage, Attn: Bankruptcy, Po Box 5452, Mount Laurel,, NJ 08054-5452 |

| | | |
|---|---|---|
| 14761631 | * | PHH Mortgage Corporation, 1661 Worthingham Rd., Ste. 100, West Palm Beach, Florida 33409 |
| 14757826 | *+ | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14757829 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

**Name** — **Email Address**

KENNETH E. WEST
ecfemails@ph13trustee.com   philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com   philaecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARIO J. HANYON
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
on behalf of Debtor Sheri Pugliesi mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

MICHAEL JOHN CLARK
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sheri Pugliesi
      Debtor(s)                                     Chapter: 13

                                                       Bankruptcy No: 23−10464−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 23, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Patricia M. Mayer
                                                Judge, United States Bankruptcy Court