B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Sheri Pugliesi, Case No. 23-10464-pmm

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Cadle Company II, Inc. | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Attention: 02F90298
100 North Center Street
Newton Falls, OH 44444

Court Claim # (if known): 22
Amount of Claim: $27,372.79
Date Claim Filed: 04/27/2023

Phone: 888-462-2353 x 3385
Last Four Digits of Acct #: 0298

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jaime Lyn Waltermire        Date: 08/20/2024
Transferee/Transferee's Agent
Account Officer for The Cadle Company II, Inc.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.