## Exhibit A

| Name: | Sheri Pugliesi |
| --- | --- |
| BK Case Number: | 23-10464-pmm |
| Filing Date: | 02/16/2023 |
| Post First Due: | 03/01/2023 |

| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| | 2/27/2023 | $ 452.07 | $ - | $ 452.07 | $ 452.07 | |
| 03/01/2023 | 2/28/2023 | $ - | $ 437.96 | $ (437.96) | $ 14.11 | |
| | 3/21/2023 | $ 450.00 | $ - | $ 450.00 | $ 464.11 | |
| 04/01/2023 | 3/22/2023 | $ - | $ 437.96 | $ (437.96) | $ 26.15 | |
| | 4/28/2023 | $ 440.00 | $ - | $ 440.00 | $ 466.15 | |
| 05/01/2023 | 5/1/2023 | $ - | $ 437.96 | $ (437.96) | $ 28.19 | |
| | 5/26/2023 | $ 438.00 | $ - | $ 438.00 | $ 466.19 | |
| 06/01/2023 | 5/30/2023 | $ - | $ 437.96 | $ (437.96) | $ 28.23 | |
| | 6/30/2023 | $ 450.00 | $ - | $ 450.00 | $ 478.23 | |
| 07/01/2023 | 7/3/2023 | $ - | $ 437.96 | $ (437.96) | $ 40.27 | |
| | 7/31/2023 | $ 438.00 | $ - | $ 438.00 | $ 478.27 | |
| 08/01/2023 | 8/1/2023 | $ - | $ 437.96 | $ (437.96) | $ 40.31 | |
| | 8/16/2023 | $ 437.96 | $ - | $ 437.96 | $ 478.27 | |
| 09/01/2023 | 8/17/2023 | $ - | $ 437.96 | $ (437.96) | $ 40.31 | |
| | 9/7/2023 | $ 440.00 | $ - | $ 440.00 | $ 480.31 | |
| 10/01/2023 | 9/8/2023 | $ - | $ 437.96 | $ (437.96) | $ 42.35 | |
| | 10/13/2023 | $ 437.96 | $ - | $ 437.96 | $ 480.31 | |
| 11/01/2023 | 10/16/2023 | $ - | $ 437.96 | $ (437.96) | $ 42.35 | |
| | 11/17/2023 | $ 437.96 | $ - | $ 437.96 | $ 480.31 | |
| 12/01/2023 | 11/20/2023 | $ - | $ 437.96 | $ (437.96) | $ 42.35 | |
| | 12/28/2023 | $ 437.96 | $ - | $ 437.96 | $ 480.31 | |
| 01/01/2024 | 12/29/2023 | $ - | $ 437.96 | $ (437.96) | $ 42.35 | |
| | 1/26/2024 | $ 437.96 | $ - | $ 437.96 | $ 480.31 | |
| 02/01/2024 | 1/29/2024 | $ - | $ 437.96 | $ (437.96) | $ 42.35 | |
| | 2/26/2024 | $ 440.00 | $ - | $ 440.00 | $ 482.35 | |
| | 3/15/2024 | $ 519.12 | $ - | $ 519.12 | $ 1,001.47 | |
| 03/01/2024 | 3/18/2024 | $ - | $ 519.12 | $ (519.12) | $ 482.35 | |
| | 4/26/2024 | $ 519.12 | $ - | $ 519.12 | $ 1,001.47 | |
| 04/01/2024 | 4/29/2024 | $ - | $ 519.12 | $ (519.12) | $ 482.35 | |
| | 5/31/2024 | $ 519.12 | $ - | $ 519.12 | $ 1,001.47 | |
| 05/01/2024 | 6/3/2024 | $ - | $ 519.12 | $ (519.12) | $ 482.35 | |
| | 6/28/2024 | $ 520.00 | $ - | $ 520.00 | $ 1,002.35 | |
| 06/01/2024 | 7/1/2024 | $ - | $ 519.12 | $ (519.12) | $ 483.23 | |
| | 7/31/2024 | $ 519.12 | $ - | $ 519.12 | $ 1,002.35 | |
| 07/01/2024 | 8/1/2024 | $ - | $ 519.12 | $ (519.12) | $ 483.23 | |
| | 8/30/2024 | $ 519.12 | $ - | $ 519.12 | $ 1,002.35 | |
| 08/01/2024 | 9/3/2024 | $ - | $ 519.12 | $ (519.12) | $ 483.23 | |
| | 9/30/2024 | $ 520.00 | $ - | $ 520.00 | $ 1,003.23 | |
| 09/01/2024 | 10/1/2024 | $ - | $ 519.12 | $ (519.12) | $ 484.11 | |
| | 10/31/2024 | $ 520.00 | $ - | $ 520.00 | $ 1,004.11 | |
| 10/01/2024 | 11/1/2024 | $ - | $ 519.12 | $ (519.12) | $ 484.99 | |
| | 11/27/2024 | $ 520.00 | $ - | $ 520.00 | $ 1,004.99 | |
| 11/01/2024 | 11/29/2024 | $ - | $ 519.12 | $ (519.12) | $ 485.87 | |
| | 12/31/2024 | $ 520.00 | $ - | $ 520.00 | $ 1,005.87 | |
| 12/01/2024 | 1/2/2025 | $ - | $ 519.12 | $ (519.12) | $ 486.75 | |
| | 1/31/2025 | $ 519.12 | $ - | $ 519.12 | $ 1,005.87 | |
| 01/01/2025 | 2/3/2025 | $ - | $ 519.12 | $ (519.12) | $ 486.75 | |
| | 2/28/2025 | $ 520.00 | $ - | $ 520.00 | $ 1,006.75 | |
| 02/01/2025 | 3/3/2025 | $ - | $ 519.12 | $ (519.12) | $ 487.63 | |
| | 3/31/2025 | $ 500.00 | $ - | $ 500.00 | $ 987.63 | |
| 03/01/2025 | 4/1/2025 | $ - | $ 497.89 | $ (497.89) | $ 489.74 | |
| | 4/21/2025 | $ 498.00 | $ - | $ 498.00 | $ 987.74 | |
| 04/01/2025 | 4/22/2025 | $ - | $ 497.89 | $ (497.89) | $ 489.85 | |
| | 5/31/2025 | $ 520.00 | $ - | $ 520.00 | $ 1,009.85 | |
| 05/01/2025 | 6/2/2025 | $ - | $ 497.89 | $ (497.89) | $ 511.96 | |
| 06/01/2025 | 6/3/2025 | $ - | $ 497.89 | $ (497.89) | $ 14.07 | |
| | 7/14/2025 | $ 500.00 | $ - | $ 500.00 | $ 514.07 | |
| 07/01/2025 | 7/15/2025 | $ - | $ 497.89 | $ (497.89) | $ 16.18 | |
| | 8/6/2025 | $ 500.00 | $ - | $ 500.00 | $ 516.18 | |
| 08/01/2025 | 8/22/2025 | $ - | $ 497.89 | $ (497.89) | $ 18.29 | |
| | 9/5/2025 | $ 500.00 | $ - | $ 500.00 | $ 518.29 | |
| 09/01/2025 | 9/8/2025 | $ - | $ 497.89 | $ (497.89) | $ 20.40 | |
| | 11/3/2025 | $ 500.00 | $ - | $ 500.00 | $ 520.40 | |
| 10/01/2025 | 11/4/2025 | $ - | $ 497.89 | $ (497.89) | $ 22.51 | |
| | 11/29/2025 | $ 500.00 | $ - | $ 500.00 | $ 522.51 | |
| 11/01/2025 | 12/1/2025 | $ - | $ 497.89 | $ (497.89) | $ 24.62 | |

| Name: | Sheri Pugliesi | | | | |
|---|---|---|---|---|---|
| **BK Case Number:** | 23-10464-pmm | | | | |
| **Filing Date:** | 02/16/2023 | | | | |
| **Due Date** | **Total Payment** | **P & I** | **Escrow** | **NOPC Filed Date** | |
| 12/01/2025 | $ 497.89 | $ 274.21 | $ 223.68 | |
| 01/01/2026 | $ 497.89 | $ 274.21 | $ 223.68 | |
| 02/01/2026 | $ 497.89 | $ 274.21 | $ 223.68 | |
| | $ - | | | |
| **Total Due** | **$ 1,493.67** | **$ 822.63** | **$ 671.04** | |