UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sheri Pugliesi,                    :          Chapter 13
                                           :
         Debtor                            :
                                           :          Case No.   23-10464-pmm
                                           :
                                           :

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #54, the

"Motion"), seeking relief pursuant to 11 U.S.C. §362;

AND, the parties having reported the matter settled with a stipulation memorializing the

settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before May 20, 2026, the parties shall either file the Stipulation or file a notice

   relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without

   further notice or hearing.

04/20/2026                              _Patricia M. Mayer_____
                                        PATRICIA M. MAYER
                                        U.S. BANKRUPTCY JUDGE