**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: <br> SHERI PUGLIESI <br>     Debtor | Case No. 23-10464-pmm |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2, <br>     Movant | Chapter 13 |
| vs. <br> SHERI PUGLIESI <br>     Respondent | 11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this _____ day of _____ , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE

SHERI PUGLIESI
4741 TAMPA STREET
PHILADELPHIA, PA 19120

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320

Philadelphia, PA 19107