**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>SHERI PUGLIESI<br>  Debtor | Case No. 23-10464-pmm |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2,<br>  Movant | Chapter 13 |
| vs.<br>SHERI PUGLIESI<br>  Respondent | 11 U.S.C. §362 |

**ORDER**

  **AND NOW**, this 7th day of May , 2026, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE