United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10464-pmm |
| Sheri Pugliesi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID          Recipient Name and Address**
db                    + Sheri Pugliesi, 4741 Tampa Street, Philadelphia, PA 19120-4621

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

**Name                          Email Address**

ANDREW L. SPIVACK

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

LORRAINE GAZZARA DOYLE

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MARIO J. HANYON

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  as Trustee for MORGAN STANLEY HOME EQUITY LOAN TRUST 2006-2 wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0313-2                 User: admin                                    Page 2 of 2

Date Rcvd: May 07, 2026           Form ID: pdf900                             Total Noticed: 1

MICHAEL A. CIBIK

on behalf of Debtor Sheri Pugliesi help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL JOHN CLARK

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
mclark@pincuslaw.com, brausch@pincuslaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>SHERI PUGLIESI<br>     Debtor | Case No. 23-10464-pmm |
| DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, as Trustee for MORGAN STANLEY<br>HOME EQUITY LOAN TRUST 2006-2,<br>     Movant<br><br>vs.<br>SHERI PUGLIESI<br>     Respondent | Chapter 13<br><br><br><br><br><br>11 U.S.C. §362 |

**ORDER**

    **AND NOW**, this __7th__ day of _____May_____ , 2026, it is hereby
**ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an
Order of this Court.

_____
Patricia M. Mayer
BANKRUPTCY JUDGE